UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARSHA BENNETT, MICHELLE BENNETT, SUE BLACKWELL, SARAH BREWER, GAIL CLARKE, SHIRLEY COOPER, BRENDA COTE, CHRISTINE KENAHAN CURRIER, TERRY DE SIMONE, VIERGELA DESHOMMES, MARICEL DOULETTE, DIXIE G. EMLER, NICOLE FAILLA, AMBER FOSTER-VASILE, TERRI J. GILSON, CORALITA GRIMES, SHAWNA GRIFFEN HALLORAN, LISA J. HOOPER, MARJORIE HUGHEY, DAWN JANNUZZI, DENISE JENKS, KATHERINE KEISTER, ANDREA KEPPLER, MICHELE KIMMIE, SANDRA K. KING, DIANA KOVACH, ELGA LAINCY, LYNNE LAMY, APRIL LANZETTA, LISA LOUCKS, GINGER MCCULLY, MAUREEN MCCUSKER, IMELDA MCHALE, BRENDA MCINTYRE, LIZETTE MEJIA, MARIE K. MONEREAU, ELAINE MORRIS, ANN OTWELL, PAULA J. PANETTIERE, MONIKA PETERSON, JOANN PORRATA, LINDA A. SCHNITZER, JOSE STRAUGHN, YVONNE SZYNKIEWICZ, SOPHIE TOMASZEWSKI, DIANE TROTTA, ROMELYN VANKLEECK, JAN VEIGEL,

       Plaintiffs,

-vs-              Case No. 2:09-cv-549-FtM-99SPC

DEPARTMENT OF CORRECTIONS, STATE OF FLORIDA ,

       Defendant.
_____/

**ORDER**

This matter comes before the Court on the Parties' Request for Leave to File Case Management Report Out of Time (Doc. #52) filed on April 29, 2010. The parties move the Court for permission to file their Case Management Report outside of the deadline to do so.

On April 22, 2010, an Order to Show Cause was issued for failure to file the Certificate of Interested Persons and Corporate Disclosure Statement and the Notice of Pendency of Other Actions. In response, the parties have complied and filed the documents. <u>See</u> Doc. # 50 and 51. As a result, the Court will take no further action on the Order to Show Cause. Additionally, the parties filed their Case Management Report, which was inadvertently not previously filed. The Court finds excusable neglect and will accept the Case Management Report outside the deadline.

Accordingly, it is now

**ORDERED:**

(1) The Parties' Request for Leave to File Case Management Report Out of Time (Doc. #52) is **GRANTED**. The Clerk is directed to accept the Case Management Report filed by the parties.

(2) No further action shall be taken on the Order to Show Cause issued on April 22, 2010.

**DONE AND ORDERED** at Fort Myers, Florida, this ___30th___ day of April, 2010.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record